United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA MARES, *et al.*, <br> "Plaintiffs," <br><br> v. <br><br> NATIONAL TREASURY EMPLOYEES UNION, CHAPTER 10 and ROBERTO BRISEÑO, <br> "Defendants." | § § § § § § § § § § § Civil Action No. 1:25-cv-00069 |

### ORDER

Before the Court are "Plaintiffs' First Amended Original Complaint" (Dkt. No. 17) ("Complaint"), "Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment" (Dkt. No. 18) ("MTD"), "Plaintiffs' Response to Defendants' Motion to Dismiss and Alternative Motion for Summary Judgment" (Dkt. No. 19) ("Response"), "Defendants' Reply in Support of Their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment" (Dkt. No. 20) ("Reply"), "Plaintiffs' Sur-Reply to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss and Alternative Motion for Summary Judgment" (Dkt. No. 22) ("Surreply"), and the Magistrate Judge's "Report and Recommendations" (Dkt. No. 25) ("R&R"). The R&R recommends this Court grant the MTD and dismiss the Complaint for lack of subject matter jurisdiction. Dkt. No. 25 at 14.

The R&R was published December 22, 2025. Dkt. No. 25. Objections to the R&R were due January 5, 2026. No objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 25). The MTD (Dkt. No. 18) is **GRANTED**, and the Complaint (Dkt. No. 17) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 14th day of January, 2026.

_____
Rolando Olvera
United States District Judge